ALTIMA COMMUNICATIONS
INC., Appellant,

and

Broadcom Corporation, Appellant,

v.

INTERNATIONAL TRADE
COMMISSION,
Appellee.

Nos. 02–1110, 02–1111.

United States Court of Appeals,
Federal Circuit.

DECIDED: Aug. 15, 2003.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).